# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0461
LT Case No. 59-2023-CF-2403-A

_____

CHANNING LEAVERTIS BYRD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Michael J. Rudisill, Judge.

Matthew J. Metz, Public Defender, and George D.E.
Burden, Assistant Public Defender, Daytona Beach, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard A.
Pallas, Assistant Attorney General, Daytona Beach, for Appellee.

December 11, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————